

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re A.S. and B.J.,                    * Original Mandamus Proceeding

No. 11-24-00168-CV                      * July 25, 2024

                                        * Memorandum Opinion by Trotter, J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has considered Relators' petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.